

Board that the respondent, AARON S. FRIEDMANN, who was suspended by Order of this Court dated March 15, 2005, for a period of six months, has filed a verified statement showing compliance with all the terms and conditions of the Order of Suspension and Rule 217, Pa. R.D.E., and there being no other outstanding order of suspension or disbarment, AARON S. FRIEDMANN is hereby reinstated to active status, effective immediately.

Ronald DEAN, Sr., Audrey Dean, Emmaline Perry, John Jones, Mary Jones, Harry Fox, Blanche Fox, Joel Berkheimer, Melissa Berkheimer, Thomas Heston, David Crooks, M.D., Renee Crooks, Michelle Watson, Jeremy Hite, Tina Hite, Joseph Watson, Lawrence Watson, Kathleen Rokavec, M.D., Kevin Rokavec, Virginia Barlow, M.D., Terry Patrick, Glenda Patrick, Natalie Bailey, Mildred Knowlton, Wayne Knowlton, Beverly Ingham, Vernon Ingham, Denise Buchholz, Denise Miller, Charlotte Voorhees, Richard Young, David Freeman, Pearl Young, Vernon Howard, Arlene Saulter, Kevin Gledhill, Albert Gledhill, Lavern Saulter, Betty Saulter, Carl G. Clark, Appellants

v.

POTTER COUNTY BOARD OF ELECTIONS and Board of Commissioners and Dawn A. Fink, Appellees.

Supreme Court of Pennsylvania.

Oct. 28, 2005.

Jerry Arthur Philpott, Duncannon, for Ronald Dean, Sr., et al., appellants.

Samuel C. Stretton, West Chester, for Dawn Fink, appellee.

D, Bruce Cahilly, Coudersport, for Potter County Com'rs and Board of Elections, appellees.

### ORDER

PER CURIAM.

AND NOW, this 28th day of October 2005, the Order of the Court of Common Pleas of Potter County is hereby AFFIRMED.

Justice SAYLOR dissents.

**UNIVERSAL HEALTH SERVICES, INC., Appellee,**

v.

**PENNSYLVANIA PROPERTY AND CASUALTY INSURANCE GUARANTY ASSOCIATION, Appellant.**

Superior Court of Pennsylvania.

Argued Nov. 16, 2004.

Filed Sept. 26, 2005.